JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TOM WILLIAM ANDREWS, | ) | No. CV 12-1248-CJC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT H. TRIMBLE, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: February 17, 2012

_____
CORMAC J. CARNEY
United States District Judge